## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE:  1:19-cv-02220

CARLOS BRITO,

     Plaintiff,

v.

GRE BROADMOOR LLC,
a Foreign Limited Liability Company,

     Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, GRE BROADMOOR LLC, hereby advise the Court that the parties have reached a global agreement in principle to settle the instant case pending final drafting and execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice.  Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 27th day of October, 2020.

| | |
|---|---|
| s/ *Anthony J. Perez* | */s/ Robert S. Fine* |
| ANTHONY J. PEREZ | ROBERT S. FINE |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | GREENBERG TRAURIG, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 333 Avenue of the Americas, Suite 4400 |
| Miami, FL 33155 | Miami, FL 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 579-0500 |
| Facsimile: (305)553-3031 | Facsimile: (305) 579-0717 |
| Primary Email:  ajperez@lawgmp.com | Email: finer@gtlaw.com |
| Secondary Email: aquezada@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 27th day of October 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com

By: */s/ Anthony J. Perez*____
     ANTHONY J. PEREZ
     Florida Bar No.: 535451