**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE: 1:19-cv-02220

CARLOS BRITO,

    Plaintiff,

v.

GRE BROADMOOR LLC,
a Foreign Limited Liability Company,

    Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS BRITO and Defendant, GRE BROADMOOR LLC, a Foreign Limited Liability Company, having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice against GRE BROADMOOR LLC, a foreign limited liability company.

Jointly submitted this 23 day of December, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | */s/ Robert S. Fine* |
| ANTHONY J. PEREZ | ROBERT S. FINE |
| GARCIA-MENOCAL & PEREZ, P.L. | GREENBERG TRAURIG, P.A. |
| | |
| 1600 Broadway, Suite 1600 | 333 Avenue of the Americas, Suite 4400 |
| Denver, CO 80202 | Miami, FL 33131 |
| Telephone: (303) 386-7208 | Telephone: (305) 579-0500 |
| Facsimile: (305) 553-3031 | Facsimile: (305) 579-0717 |
| Primary Email: ajperezlaw@gmail.com | Email: finer@gtlaw.com |
| Secondary Email: aquezada@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 23 day of December, 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway, Suite 1600
Denver, Colorado 80202
Telephone: (303) 386-7208
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: aquezada@lawgmp.com
crodriguez@lawgmp.com

By: _/s/ Anthony J. Perez_____
    ANTHONY J. PEREZ